Attorney:
MICHAEL FAILLACE
MICHAEL FAILLACE & ASSOCIATES
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165



UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK

Index / case #: 1:21-CV-00437

MARXLENIN GALINDO GARCIA, INDIVIDUALLY AND ON BEHALF OF OTHERS
SIMILARLY SITUATED
                    Plaintiff

**AFFIDAVIT OF SERVICE**

2280 BRONX LLC (D/B/A KENNEDY FRIED CHICKEN), ET AL
                    Defendant

_Kings_ County, State of: _New York_  _Jad Fares Dayekh_ being sworn,
says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: _New York_
On _4/14/21_ at _1:07_ am/pm at: 2280 JEROME AVENUE BRONX NY 10453
Deponent served the within: SUMMONS & FIRST AMENDED COMPLAINT; NOTICE OF INTENTION

On which were set forth the Index No., herein, and date of filing

On: NAJIBULLAH MOHAMMAD C/O KENNEDY FRIED CHICKEN
    (herein after called the recipient) therein named.

[ ] **Individual** By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[✓] **Suitable Age person** By delivering thereat a true copy of each to; _Francisco "Doe" (co-worker)_
a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence
                                                                    [✓] Actual Place of Business within the State.

[ ] **Affixing to Door** By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence
                                                                                                          [ ] Actual Place of Business, within the State
Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called
there _____

[ ] **Corporation or Partnership** By delivering thereat a true copy of each to: _____
personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said
aforementioned document as said recipient and knew said individual to be _____ thereof.

[✓] **Mailing** Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed
to recipient at recipients last known [ ] Actual Place of Residence [✓] Actual Place of Business
at _2280 Jerome Ave Bronx, NY 10453_
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within
New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof
by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[✓] **Description**

| | | | | | |
|---|---|---|---|---|---|
| [✓] Male | [ ] White skin | [✓] Black hair | [ ] 14-20 Yrs | [ ] Under 5' | [ ] Under 100 Lbs |
| [ ] Female | [ ] Black skin | [ ] Brown hair | [✓] 21-35 Yrs | [ ] 5'0"-5'3" | [ ] 100-130 Lbs |
| | [ ] Yellow skin | [ ] Gray hair | [ ] 36-50 Yrs | [✓] 5'4"-5'8" | [ ] 131-160 Lbs |
| | [✓] Brown skin | [ ] Blonde hair | [ ] 51-65 Yrs | [ ] 5'9"-6'0" | [✓] 161-200 Lbs |
| | [ ] Red skin | [ ] Red hair | [ ] Over 65 Yrs | [ ] Over 6' | [ ] Over 200 Lbs |

Other Identifying Features _____

[✓] **Military Service** I asked the person spoken to whether recipient was in active military service of the United States or the State of
New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief
are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

[ ] _____

Sworn to before me on _4/15/21_

_Jad Fares Dayekh_
(Print name below signature)
_209 2847-0CA_

TAMARA TOWSHIN ALAM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AL6369961
Qualified in Kings County
My Commission Expires: _01/20/22_

File No.  1:21-CV-00437

Work Order No.   532265