Attorney:
MICHAEL FAILLACE
MICHAEL FAILLACE & ASSOCIATES
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165



UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK

MARXLENIN GALINDO GARCIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED
Plaintiff

2280 BRONX LLC (D/B/A KENNEDY FRIED CHICKEN), ET AL
Defendant

Index / case #: 1:21-CV-00437
**AFFIDAVIT OF SERVICE**

_Kings_ County, State of: _New York_  _Jad Fares Dayekh_, being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: _New York_

On _4/14/21_ at _1:37_ am/pm at: 2280 JEROME AVENUE BRONX NY 10453

Deponent served the within: SUMMONS & FIRST AMENDED COMPLAINT; NOTICE OF INTENTION

On which were set forth the Index No., herein, and date of filing

On: KHARULLAH MOHAMMAD C/O KENNEDY FRIED CHICKEN
(herein after called the recipient) therein named.

- [ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

- [✓] **Suitable Age person** — By delivering thereat a true copy of each to: _Francisco "Doe" (Co-worker)_ a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [ ] Actual Place of Business within the State.

- [ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State
  Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

- [ ] **Corporation or Partnership** — By delivering thereat a true copy of each to: _____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _____ thereof.

- [✓] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [✓] Actual Place of Business at _2280 Jerome Ave Bronx NY 10453_ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

- [✓] **Description**
  - [✓] Male    [ ] White skin    [✓] Black hair    [ ] 14-20 Yrs    [ ] Under 5'    [ ] Under 100 Lbs
  - [ ] Female  [ ] Black skin    [ ] Brown hair    [✓] 21-35 Yrs    [ ] 5'0"-5'3"   [ ] 100-130 Lbs
  -             [ ] Yellow skin   [ ] Gray hair     [ ] 36-50 Yrs    [✓] 5'4"-5'8"   [ ] 131-160 Lbs
  -             [✓] Brown skin    [ ] Blonde hair   [ ] 51-65 Yrs    [ ] 5'9"-6'0"   [✓] 161-200 Lbs
  -             [ ] Red skin      [ ] Red hair      [ ] Over 65 Yrs  [ ] Over 6'     [ ] Over 200 Lbs

  Other Identifying Features _____

- [✓] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

- [ ] Subpoena Fee Tendered in the amount of _____

Sworn to before me on _4/15/21_

TAMARA TOWSHIN ALAM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AL6369961
Qualified in Kings County
My Commission Expires: _01/22/2022_

File No. 1:21-CV-00437

(Print name below signature)
Jad Fares Dayekh
709 2847-DCA

Work Order No. 532264