## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: April 6, 2021  
Index #  1:21-cv-00437-RA

*Marxlenin Galindo Garcia, Individually and on behalf of others similarly situated*   Plaintiff(s)

against

*2280 Bronx LLC (d/b/a Kennedy Fried Chicken)., et al.*   Defendant(s)

STATE OF NEW YORK  
COUNTY OF ALBANY     SS.:

__James Perone__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __April 9, 2021__, at __11:00 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and First Amended Complaint Collective Action Under 29 U.S.C §216(b)

on

__2280 Bronx LLC__, the Defendant in this action, by delivering to and leaving with __Amy Lesch__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: __46__    Approx. Wt: __195__    Approx. Ht: __5'9"__  
Color of skin: __White__    Hair color: __Lt. Brown__    Sex: __Female__    Other: _____

Sworn to before me on this

__22nd__ day of April 2021

HEATHER MORIGERATO  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01MO6261464  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES MAY 14, 2024

James Perone  
**Attny's File No.**  
Invoice•Work Order # S1857163

***SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201***