# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510 　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165 　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

jbarton@faillacelaw.com

August 12, 2021

**VIA ECF**
Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

　　　Re:　　　*Galindo Garcia et al v. Jan Agha Corp. et al.; 21-cv-00437-RA*

Dear Mr. Abrams:

　　We represent Plaintiff in the above-referenced matter. We write jointly with defense counsel to request this case be reopened for the limited purpose of approval of the parties' settlement agreement. The parties anticipate they will be ready to submit their settlement documents to the Court for review within thirty days.

　　Thank you for your attention.

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/Jesse Barton
　　　　　　　　　　　　　　　　　　　　　　Jesse Barton

　　　　　　　　　　　　　　　　　　　　　　Application granted.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　August 12, 2021

*Certified as a minority-owned business in the State of New York*